FILED

12/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0310

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0310

_____

IN THE MATTER OF:

S.H.

    Respondent and Appellant.

_____

ORDER

_____

    Upon consideration of Appellant's motion for extension of time, and good cause appearing,

    IT IS HEREBY ORDERED, that the Appellant has until January 20, 2025, to prepare, file, and serve the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 20 2024